**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FERNANDA MALDONADO, HEATHER LIEBER and THAIS BLANDO, on behalf of themselves and all others similarly situated | ) ) ) ) ) ) | No. 1:20-CV-10326-RGS |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| CULTURAL CARE, INC., GORAN RANNEFORS, NATALIE JORDAN, and JENS APPELKVIST, | ) ) ) ) |  |
| Defendants. | ) ) |  |

**DECLARATION OF BRIAN F. SHAUGHNESSY IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Brian F. Shaughnessy, hereby declare, under penalty of perjury, as follows:

1.  I am an attorney admitted *pro hac vice* to practice before this Court. I am a member of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Defendants Cultural Care, Inc., Goran Rannefors, Natalie Jordan, and Jens Appelkvist (collectively, the "Defendants"), in the above-captioned action.

2.  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint (the "Motion"). I have personal knowledge of the facts presented in this declaration, and personal familiarity with the documents and filings at issue in the Motion.

3.  Attached as Exhibit A is a true and correct copy of a "Local Childcare Consultant Agreement" between Cultural Care, Inc. and Thais Blando, executed on April 30, 2014.

4. Attached as Exhibit B is a true and correct copy of a "Local Childcare Consultant Agreement" between Cultural Care, Inc. and Heather Lieber, executed on October 5, 2015.

5. Attached as Exhibit C is a true and correct copy of a "Local Childcare Consultant Agreement" between Cultural Care, Inc. and Fernanda Maldonado, executed on July 10, 2019.

6. Attached as Exhibit D is a true and correct copy of the August 2019 Cultural Care payroll statement for Fernanda Maldonado.

7. Attached as Exhibit E is a true and correct copy of the last Cultural Care payroll statement for Fernanda Maldonado covering the December 2019 pay period.

8. Attached as Exhibit F is a true and correct copy of the 2019 Form 1099 for Fernanda Maldonado.

9. Attached as Exhibit G is a true and correct copy of the last Cultural Care payroll statement for Thais Blando covering the August 2017 pay period.

10. Attached as Exhibit H is a true and correct copy of the 2017 Form 1099 for Thais Blando.

11. Attached as Exhibit I is a true and correct copy of a June 28, 2017 article reporting on the arrest of Heather Lieber (Wasilewski).

12. Attached as Exhibit J is a true and correct copy of the 2017 Form 1099 for Heather Lieber.

Executed on:   June 1, 2020
                       Boston, MA

                                                    */s/ Brian F. Shaughnessy*
                                                  Brian F. Shaughnessy (*pro hac vice*)
                                                  Quinn Emanuel Urquhart & Sullivan, LLP
                                                  111 Huntington Street, Suite 520
                                                  Boston, MA 02199-3600
                                                  brianshaughnessy@quinnemanuel.com
                                                  (617) 712-7100

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on June 1, 2020.

Dated: June 1, 2020

                                          */s/ Brian F. Shaughnessy*
                                          Brian F. Shaughnessy