# EXHIBIT C

<u>Local Childcare Consultant Agreement</u>

This following is the engagement agreement (the "Agreement") between you and Cultural Care, Inc. ("CCAP") concerning your independent services as a Local Childcare Consultant ("LCC") for the CCAP Program in your area. This Agreement extends from the date of your signature (below) until the contract is terminated by either party.

CCAP is pleased that you have chosen to help our dedicated team of program representatives in the recruiting of host families nationwide and the support of their au pair placements. We appreciate your efforts and your commitment to program quality.

As an LCC for CCAP, you will serve as the interface between CCAP and the au pairs and host families, and you agree to the following:

1. Compliance with Government Regulations.
To read, understand and comply with the U.S. State Department Regulations governing the au pair program, a copy of which has been provided to you (the "Regulations.")

2. Host family recruitment, screening and orientation.
To screen and orient host family participants in accordance with the Regulations.

3. Supervision of and support for current program participants.
To maintain ongoing personal contact with and assist current au pairs and host families within your designated region in accordance with the Regulations; to facilitate the replacement of au pairs in transition; and to mediate au pair/host family problems that may arise.

4. Independent Contractor
You will be acting as an independent contractor under this Agreement, and nothing in this Agreement or your engagement shall be construed as creating an employer-employee, agency, partnership, joint venture, or any other legal relationship between you and CCAP. As an independent contractor, you will not be eligible to participate in any of CCAP's employee benefit plans, will not be eligible to receive benefits otherwise provided to CCAP employees, and will be solely responsible for any and all tax payments in respect of the fees paid hereunder. Because you will be paid as an independent contractor, CCAP's payments to you will not be subject to withholding for income taxes, Social Security, unemployment or the like. You will likewise not be eligible for unemployment compensation at the termination of this engagement. You will be responsible for providing, at your own expense, any tools, equipment or facilities you may require for the performance of your duties. You will determine, in accordance with the Regulations as they may apply, the place or places where you will perform and the hours during which you will render services hereunder, subject to such general requirements by CCAP (such as the requirement to meet deadlines and attend scheduled meetings) as may be reasonably necessary for the fulfillment of your duties hereunder. You will be free to accept engagements from others during the term of this Agreement, so long as such engagements do not interfere with your ability to perform your work for CCAP.

5. Compensation.
The compensation due to you under this Agreement will vary (depending upon your investment of time, effort and resources), and will be paid as follows:

- Marketing commission - for each new host family accepted by CCAP and marketed through your efforts for the duration of your relationship with CCAP. To qualify, the family must host an au pair and must either have paid for the program services in full or have been accepted onto the Extended Payment Plan.

- Repeat commission - for each host family in your area who is a returning CCAP participant with the program during your relationship with CCAP, and who has either paid for the program services in full or been accepted onto the Extended Payment Plan.
- Sales commission- for each new host family for whom you receive a lead through CCAP and you successfully bring on to the program.
- Interview fee - for each prospective or repeating host family who has submitted a completed application form whom you interview as a prospective CCAP participant.
- Actuals commission - for each new or repeating host family who welcomes an au pair on a new program term in your area.
- The opportunity to earn travel rewards and discounts through your self-directed marketing initiatives.
- Monthly flat fee for your services based on the number of au pairs and host families you are supervising in your area in a given month. Such payments will be made on the 26th of each month.
- Your precise commission and fee amounts are current and available via your online account. All eligibility requirements must be met in order to receive payment. This information is subject to adjustment from time to time going forward upon notice to you.

6. Expenses.
You are responsible for all of your business expenses, including your own office, equipment, marketing and other business-related costs. CCAP may occasionally reimburse certain limited expenses arising in au pair 'emergency' situations.

7. Training and program guidelines.
CCAP will assist you in fulfilling your responsibilities by holding an initial training meeting to guide your work at no cost to you, and by providing you with online course materials. You will be expected to adhere to general program guidelines and to comply strictly with the Regulations.

8. Substitutability/Assignment.
It is understood that you will conduct all meetings, interviews, orientations and other in-person engagements required by the Regulations personally as the Local Childcare Consultant. You may engage associate personnel to assist you in functions that are not governed by the Regulations, provided such engagements and delegations are in all circumstances consistent with the Regulations and the achievement of CCAP's general program objectives as reflected in this Agreement.

9. Insurance.
Notwithstanding the fact that LCCs are not employees, we have included the LCC as an additional insured on our liability policy. However, you acknowledge that CCAP does not maintain any worker's compensation, disability or other form of insurance on behalf of you or your associates, and that it is thus your sole responsibility to obtain and keep in force such insurance coverages as you determine to be appropriate and/or as required by your state of residence. You assume all risk in connection with the adequacy of any and all such insurance which you elect to obtain.

10. Confidentiality.
In connection with the performance of your duties, you will be exposed to confidential information regarding CCAP's business, including but not limited to sales and marketing information, methods of doing business, research and development, know-how, host families, au pairs, training materials, trade secrets, computer programs, finances and other confidential and proprietary information belonging to CCAP (hereinafter collectively referred to as "Confidential

Information"). You shall use the Confidential Information solely for the purpose of performing your duties under this Agreement. You agree not to, in any manner or form, disclose, reproduce, copy, provide or otherwise make available to third parties, in whole or in part, the Confidential Information or any derivative material. At all times during and subsequent to your affiliation with CCAP, you agree to keep in strictest confidence and trust CCAP's Confidential Information that is disclosed to you or to which you have access. You will not use or disclose the Confidential Information without the written consent of CCAP, except as may be set forth herein or as may be necessary in the ordinary course of performing services for and on behalf of CCAP.

11. Termination.
CCAP reserves the right to terminate this Agreement, without cause or notification, at its sole discretion, should your performance as an LCC be deemed unsatisfactory for any reason, including without limitation your failure to comply with any U.S. Department of State requirements. Immediately following the termination of this Agreement, by either party, you agree to return to CCAP all au pair, family and program records in your possession. Upon termination of your engagement, you will have 30 days to contact CCAP to reconcile any outstanding monies due you.

12. Ownership of Materials.
CCAP retains all right, title and interest in and to its trademark and any materials which CCAP provides to you during the course of this Agreement. CCAP represents and warrants that CCAP has the right to provide you with such materials for use in performing the services described in this Agreement. All work product prepared by you during this Agreement and relating to the performance of your duties hereunder shall be created as work for hire, and shall be in all respects the property of CCAP and shall be delivered to CCAP promptly upon request.

13. Online Access.
To the extent you use www.culturalcare.com in the performance of your services for CCAP, you agree to comply with the Terms of Use outlined on the site.

Electronic signature – Fernanda Maldonado__          2019-07-10 23:30_____
LCC's signature                                      Date