# EXHIBIT I

 



[Interactive local COVID-19 tracker](#)

Return to your home site

POLICE & FIRE

# Mom Arrested After Leaving 3-Year-Old Alone At Beach In Milford

Daily Voice 06/28/2017 4:10 p.m.



Milford Police arrested a Massachusetts woman on charges of failing to watch her child at the beach. Photo Credit: *Milford Police*

Share this story

MILFORD, Conn. — A woman from out of town was arrested after her 3-year-old child was found wandering around Woodmont Beach without adult supervision. Milford police said.

Officers went to the beach at about 6 p.m. Friday, June 24, on a report of an unsupervised child, police said.

Heather Wasilewski, 39, of East Longmeadow, Mass., was asked about her child and said "the other adults on the beach, (who she did not know), were fine watching her child as she was approximately 100 yards" away, police said.

"Witnesses stated they observed Wasilewski with an alcoholic beverage as the child was alone on the beach," police said.

Click here to sign up for Daily Voice's free daily emails and news alerts.

Article URL: https://dailyvoice.com/connecticut/stratford/police-fire/mom-arrested-after-leaving-3-year-old-alone-at-beach-in-milford/715257/