UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Fernanda Maldonado and Heather Lieber,
*on behalf of themselves and all others
similarly situated*

      Plaintiffs

    v.                                                          Civil Action No. 1:20-10326-RGS

Cultural Care, Inc. et al

      Defendants

ORDER OF DISMISSAL

July 28, 2021

STEARNS, D.J.

In accordance with the court's Memorandum and Order [dkt # 76] issued on July 28, 2021, it is ORDERED that the above-entitled action be, and hereby is, dismissed.

By the court,

/s/ Arnold Pacho
Deputy Clerk